UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Marvin Faulkner, et al.
                Plaintiff,

v.                                            Case No.: 1:16–cv–02432
                                            Honorable Edmond E. Chang

Anna M. Loftus, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 4, 2018:

        MINUTE entry before the Honorable Edmond E. Chang: Plaintiff Faulkner's motion [373] to reconsider is denied in large part and granted in minor part. On the merits of the dismissal decision, Faulkner presents no persuasive argument that the Court overlooked a point of law or fact in dismissing the case. On the monetary sanction and Urban Partnership's remand fees, Plaintiff raises lack of ability to pay for the first time as an argument against the imposition of the sanction and the fees. Although this argument should have been presented earlier, the deadline for the payments is extended from 05/07/2018 to 07/16/2018, which should be sufficient time to make the payments in light of Plaintiff's income stream (he has a negative net worth, but he does receive income of around $40,000 per year). The motion [373] hearing of 05/07/2018 is vacated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.