# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Marvin Faulkner** and **Samuel C. Umunna**; [*Plaintiff(s) herein, come Individually of themselves*];         Plaintiff(s) <br> v. <br> ANNA M. LOFTUS; <br> WILLIAM FARROW; <br> PIERCE & ASSOCIATES; <br> FEDERAL DEPOSIT INSURANCE CORP; <br> URBAN PARTNERSHIP BANK; <br> SHOREBANK; <br> CHUHAK & TECSON, P.C.; <br> MICHAEL A. EURICH; <br> VILLA CAPITAL PROPERTIES; <br> GEORGE F. SCULLY JR.; <br> ELIZABETH LYONS; <br> DARRLY B. SIMKO; <br> CITY OF CHICAGO; <br> ALFRED M. SWANSON JR; <br> LASALLE BANK NATIONAL, as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities I, LLC, Asset-Backed; Certificates, Series 2007-HE6; <br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; <br> ENCORE CREDIT; <br> EMC MORTGAGE CORPORATION; <br> BEAR STEARNS ASSET BACKED SECURITIES I LLC; <br> NATIONSTAR MORTGAGE, LLC; <br> CITIMORTGAGE, INC.; <br> BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE6; <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; <br> FIRST FRANKLIN MORTGAGE; <br> US BANK NATIONAL ASSOCIATES; <br> MICHAEL N. VARAK; <br> BRYAN GOMEZ; <br> KOVITZ, SHIFRIN & NESBIT LAW OFFICE; | CIVIL-RICO ACTION <br> *and other counts…* <br><br> **Case No.: 16-cv-02432** <br><br> HONORABLE JUDGE <br> Edmond E. Chang <br><br> MAG. JUDGE <br> Judge Finnegan <br><br> **FILED** <br> MAY 07 2018 <br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT <br><br> **PLAINTIFF(S)' DEMAND FOR A TRIAL BY JURY** |



1 | Page

| | |
|---|---|
| MEREDITH FREEMAN; | ) |
| EDWARD J. LESNIAK; | ) |
| ALEXANDER D. MARKS; | ) |
| PAMELA MCLEAN MEYERSON; | ) |
| BURKE, WARREN, MACKAY & | ) |
| SERRITELLA, P.C.; | ) |
| CHRISTINA PLACE II | ) |
| CONDOMINIUM ASSOCIATION; | ) |
| RAYMOND W. MITCHELL; | ) |
| IRWIN J. SOLGANICK; | ) |
| ALEXANDER P. WHITE; | ) |
| TIMOTHY L. ROWELL; | ) |
| STARR, BEJGIERT, ZINK & ROWELLS; | ) |
| CODILIS & ASSOCIATES; | ) |
| COOK COUNTY SHERIFF'S | ) |
| POLICE DEPARTMENT; | ) |
| SONIA PASQUESI; | ) |
| JOHN AVGERINOS; | ) |
| PAUL AVGERINOS; | ) |
| SAMANTHA L. BABCOCK; | ) |
| ERIK HUBBARD; | ) |
| HAUSELMAN, RAPPIN & | ) |
| OLSWANG, LTD; | ) |
| RODERICK PIERCE; | ) |
| [All government defendant(s) are | ) |
| being sued in his/her Individual and/or | ) |
| their Official capacity], | ) |
| Defendant(s), | ) |

## NOTICE OF APPEAL

TO DEFENDANT(S) AND/OR THE ATTORNEY OF RECORD: **see** *"Service List"*

**PLEASE TAKE NOTICE** that on **May 07, 2018,** I shall file in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **"APPELLANT'S/PLAINTIFF'S, MARVIN FAULKNER'S, NOTICE OF APPEAL"** a true and correct copy of which was filed and served upon you publicly on **May 07, 2018.**

Respectfully submitted,

_[signature]_

Marvin Faulkner, *Appellant/Plaintiff*
Marvin Faulkner, *Appellant/Plaintiff* * 828 North Ridgeland Avenue
Oak Park, Illinois 60302                                    **Cell:** 1-312-404-3757

## CERTIFICATE OF SERVICE
*Case No.: 16-cv-2432*

I, Marvin Faulkner, served a copy of the attached filing titled: *"APPELLANT'S/PLAINTIFF'S, MARVIN FAULKNER'S, NOTICE OF APPEAL"* upon the *"Service List"* below to all parties of record via ECF: *"Service of Documents by Electronic Means"* and/or by U.S. Mail on **5/07/2018** of this matter at bar:

## *"SERVICE LIST"*

### *DEFENDANT(S)*:

**STEVEN E. ANDERSON** (*Settled* and *Dismissed* with prejudice via Plaintiffs ~ 10-6-2016)
2949 North Troy Street
Chicago, Illinois   60618
1(312) 450-3513
sea@seandersonlaw.com

**SHIRLEY RUTH CALLOWAY**
Illinois Attorney General's Office
100 West Randolph Street-13th Floor
Chicago, Illinois 60601
1-312-814-5581
Email: scalloway@atg.state.il.us
Lead Attorney for:
-Anna M. Loftus; -George F. Scully Jr.; -Darrly B. Simko; -Alfred M. Swanson Jr.; -Pamela Mclean Meyerson; -Raymond W. Mitchell; -Irwin J. Solganick; -Alexander P. White; -Michael Otto(.

**BRIAN R. MERFELD**
McCalla Raymer Pierce LLC
One North Dearborn Suite-1300
Chicago, Illinois 60602
1-312-346-9088
Email: brian.merfeld@mrpllc.com
Lead Attorney for:
-Pierce & Associates; -Michael N. Varak; -Meredith Freeman.

**KATHLEEN RUBY PASULKA**
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street Suite 3400
Chicago, Illinois 60601
1-312-768-7800
Email: kpasulka-brown@pjjlaw.com
Lead Attorney, Attorney To Be Noticed for:

**STEPHEN H. PUGH**
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street Suite 3400
Chicago, Illinois 60601-2807
1-312-768-7800   Fax: 1-312-768-7801
Email: spugh@pjjlaw.com
Attorney To Be Noticed

*-ShoreBank;*

**SIMON M. FENG**
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
1-312-443-0374
Email: Simon.Feng@lockelord.com
ATTORNEY TO BE NOTICED
Lead Attorney for:
*-US Bank National Associates; -Nationstar Mortgage LLC;*

**PHILIP RUSSELL PERDEW**
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
1-312-443-1712
Email: pperdew@lockelord.com
ATTORNEY TO BE NOTICED

**WILLIAM FARROW**
7936 South Cottage Grove Ave.,
Chicago, Illinois 60619

**FEDERAL DEPOSIT INSURANCE CORPORATION**
219 South Dearborn Street 5th Floor
Chicago, Illinois 60604
Email: USAILN.ECFAUSA@usdoj.gov

**MICHAEL WILLIAM BEBRE, III**
Chuhak & Tecson, PC
30 South Wacker Drive-Suite 2600
Chicago, Illinois 60606
Phone: 1-312-855-4603
Fax: 1-312-444-9027
Email: mdebre@chuhak.com
LEAD ATTORNEY, ATTORNEY TO BE NOTICED for:
*-Urban Partnership Bank; -Villa Capital Properties; -Erik Hubbard;*

**DAVID ERIC JIMENEZ-EKMAN**
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
1-312-222-9350
Email: djimenez-ekman@jenner.com
Lead Attorney, Attorney To Be Noticed for:
*-Jenner & Block LLP*

**CHRISTOPHER L. GALLINARI**
Flaherty & Youngerman, P.C.
20 South Clark Street-Suite 1050
Chicago, Illinois 60603
1-312-782-4700
Email: cgallinari@fylegal.com

Attorney To Be Noticed for:
*-Chuhak & Tecson, PC; -Michael A. Eurich; -Samantha L. Babcock;*

**MICHAEL A. EURICH**
1 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

| | |
|---|---|
| **ADAM MIEL ZEBELIAN**<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602<br>1-312-603-4635<br>Email: adam.zebelian@cookcountyil.gov<br><br>Lead Attorney, Attorney To Be Noticed for:<br>*-Elizabeth Lyons; -Roderick Pierce;* | **ANTHONY E. ZECCHIN**<br>Cook County State's attorney's Office<br>500 Daley Center<br>50 West Washington<br>Chicago, Illinois 60602<br>1-312-603-3373<br>Email: anthany.zecchin@cookcountyil.gov<br>Attorney To Be Noticed: for |
| **ANDREW S. MINE**<br>City of Chicago, Law Department<br>30 North LaSalle Street-Suite 1230<br>Chicago, Illinois 60602<br>1-312-744-7220<br>Email: amine@cityofchicago.org<br>Lead Attorney, Attorney To Be Noticed for:<br>*-City of Chicago;* | **TARA D. KENNEDY**<br>City of Chicago Department Of Law<br>30 North LaSalle-Suite 1230<br>Chicago, Illinois 60602<br>1-312-744-9028<br>Email: kennedy@cityofchicago.org<br>Attorney To Be Noticed for: |

**LASALLE BANK NATIONAL**
c/o C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

| | | |
|---|---|---|
| **AMRIT SURESH KAPAI**<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>1-312-782-0600<br>Email:akapai@mayerbrown.com | **MICHELLE V. DOHRA**<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>1-312-701-7750<br>Email:mdohra@mayerbrown.com | **TYLER DONALD ALFERMANN**<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>1-312-701-8189<br>Email:talfermann@mayerbrown.com |

Lead Attorneys, Attorney To Be Noticed for:
*-Mortgage Electronic Registration Systems; - Federal National Mortgage Association;*

**ENCORE CREDIT**
200 West Adams Street
Chicago, Illinois 60606

**EMC MORTGAGE CORPORATION**
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**LUCIA NALE / DEBRA L BOGO-ERNST / MICHAEL HERCULES BORNHORST**

| | | |
|---|---|---|
| Mayer Brown LLP | Mayer Brown LLP | Mayer Brown LLP |
| 71 South Wacker Drive | 71 South Wacker Drive | 71 South Wacker Drive |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| 1-312-782-0600 | 1-312-782-0600 | |

Email: LNale@mayerbrown.com  Email: dernst@mayerbrown.com  Email: mbornhorst@mayerbrown.com
Lead Attorney and all Attorneys To Be Noticed for:
*-CitiMortgage, Inc.; -Federal National Mortgage Association;*

**BEAR STERNS ASSET BACKED SECURITIES I TRUST 2007-HE6**
c/o C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**FIRST FRANKLIN MORTGAGE**
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**CHRISTOPHER EDWARD RALPH**
Kovitz Shifrin Nesbit
175 North Archer Avenue
Mundelein, Illinois 60060
1-847-537-0500
Fax: 1-847-537-0550
Email: cralph@ksnlaw.com
Attorney To Be Noticed for:
*-Bryan Gomez; -Kovitz, Shirin & Nesbit Law Office;*

**EDWARD J. LESNIAK**
330 North Wabash Ave., 22nd Floor
Chicago, Illinois 60611
1(312) 291-7190

**ALEXANDER D. MARKS**
330 North Wabash Ave., suite 2100
Chicago, Illinois   60611
1(312) 840-7022
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 North Wabash Avenue, Suite 2100
Chicago, Illinois   60611-3607
1(312) 840-7022

**CHRISTINA PLACE II CONDOMINIUM ASSOCIATION**
4313 North western Ave., Ste. 1
Chicago, Illinois 60618

**MICHAEL JAMES ZINK**
Michael J. Zink
Attorney at Law
1101 Ridge Avenue
Evanston, Illinois 60202
1-847-475-1019
Email: sbzrlaw@gmail.com
Attorney To Be Noticed for:
*-Timothy L. Rowells; -Starr, Bejgiert, Zink & Rowells*

**LOUIS J. MANETTI, JR.**
Codilis & Associates, P.C.
15W030 North Frontage Road-Suite 100
Burr Ridge, Illinois 60527
1-630-794-5300
Email: Louis.manette@il.cslegal.com
Lead Attorney, Attorney To Be Noticed for:
*-Codilis & Associates;*

**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
7507 West Cermak Rd.
North Riverside, Illinois 60546

**SONIA PASQUESI**
560 Oakwood Avenue, Suite 101
Lake Porest, Illinois  60045

**JOHN AVGERINOS**
10125 Alexia Dr.
Indianapolis, Indiana 46236
1(765) 453-2737

**PAUL AVGERINOS**
10125 Alexia Dr.
Indianapolis, Indiana 46236
1(765) 453-2737

**HAUSELMAN, RAPPIN & OLSWANG, LTD.**
29 East Madison Street Ste. 950
Chicago, Illinois 60602

**SABENA AUYEUNG**
sauyeung@pjjlaw.com, dyalentine@pjjlaw.com
*-ShoreBank*

# PLAINTIFF(S):

**Marvin Faulkner**
828 North Ridgeland Ave.,
Oak Park, Illinois   60302
Cell:   1(312) 404-3757
mfaulkner@endjudicialcorruption.org
LEAD PLAINTIFF, PLAINTIFF TO BE NOTICED

**Samuel C. Umunna**, (Voluntarily Dismissed [*On or about June 7, 2017*])
8800 South Longwood Dr.
Chicago, Illinois   60643
Cell: 1(773)575-3757
sammummuna@juno.com

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge on information and belief, executed on **5/07/2018**.

_____
Marvin Faulkner


Cc.,